FRANCIS W. KELLY et al., Doing Business under the Name of EDWARD F. KELLY, Respondents, *v.* LOUIS LEAVITT, Appellant.

(Argued March 24, 1932; decided April 26, 1932.)

*Herman Shulman, Mortimer Hays, Jacob J. Podell, Arthur Abrams* and *David L. Podell* for appellant.

*Harold R. Medina, Henry Vollmer, George C. Wildermuth* and *William F. McNulty* for respondents.

Judgment affirmed, with costs; no opinion. (See 259 N. Y. 629.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.